1  Daniel Cooper (Bar No. 153576)
   E-mail: cleanwater@sfo.com
2  Michael Chappell (Bar No. 238138)
   LAWYERS FOR CLEAN WATER, INC.
3  1004 O'Reilly Avenue
   San Francisco, California 94129
4  Telephone: (415) 440-6520
5  Facsimile: (415) 440-4155

6  Brian Gaffney (Bar No. 168778)
   LAW OFFICES OF BRIAN GAFFNEY
7  605 Market Street, Suite 505
   San Francisco, California 94105
8  Telephone: (415) 442-0711
9  Facsimile: (415) 442-0713
   Email: brian@gaffneylegal.com
10
11 Attorneys for Plaintiff
   SAN BRUNO MOUNTAIN WATCH
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 | SAN BRUNO MOUNTAIN WATCH, a non-profit corporation, | Civil Case No.: _____ |
   |---|---|
16 | | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
   | Plaintiff, | |
17 | v. | **(Civil Local Rule 3-16)** |
18 | BROOKFIELD NORTHEAST RIDGE II, LLC, a Delaware limited liability company, BROOKFIELD BAY AREA BUILDERS, INC., a Delaware corporation, BROOKFIELD HOMES, a Deleware corporation, and BROOKFIELD HOMES OF CALIFORNIA, INC., a Deleware corporation, | |
19 | | |
20 | | |
21 | | |
22 | Defendants. | |

23
24
25
26
27
28

Certificate of Interested Parties                  1

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 10, 2008

LAWYERS FOR CLEAN WATER, INC.

/s/ Daniel Cooper

---

Daniel Cooper
Michael J. Chappell
Attorney for Plaintiff
San Bruno Mountain Watch