| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Michael Chappell, 238138<br>LAWYERS FOR CLEAN WATER<br>1004 O'Reilly Avenue<br>San Francisco, CA  941291124 | | (415) 561-2222 | |
| ATTORNEY FOR *(Name):*  Plaintiff | Ref. No. or File No.<br>204 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

San Bruno Mountain Watch

DEFENDANT:

Brookfield Northeast Ridge II, LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-01366 SBA |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Judge Armstrong's Standing Orders, Standing Order for All Judges of the Northern District of California - Contents of the Joint Case Management Statement, Complaint for Declaratory and Injunctive Relief and Civil Penalties, U.S. District Court ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Certification of Interested Entitities or Persons, Summons in a Civil Case to

2. Party  Served:        Brookfield Homes of California, Inc., a Delaware Corporation

**BY FAX**

3. Person Served:        CSC Corp - Karen Harris - Person authorized to accept service of process

4. Date & Time of Delivery:        March 14, 2008        2:10 pm

5. Address, City and State:        2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA  95833

6. Manner of Service:        Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

---

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2008 at Sacramento, California.

Signature: _____
                            Tyler Dimaria

FF# 6658761