POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael Chappell, 238138<br>LAWYERS FOR CLEAN WATER<br>1004 O'Reilly Avenue<br>San Francisco, CA  941291124<br>   TELEPHONE NO.: (415) 561-2222<br>   ATTORNEY FOR *(Name)*: Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 |

| PLAINTIFF/PETITIONER: San Bruno Mountain Watch | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brookfield Northeast Ridge II, LLC, et al. | CV 08-01366 SBA |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>204 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint;  Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Standing Order for All Judges of the Northern District of California; Judge Armstrong's Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3. a. Party served: Brookfield Homes, a Delaware corporation

   b. Person Served: Elizabeth Zepeda - Person authorized to accept service of process

4. Address where the party was served:  12865 Pointe Del Mar Way Suite 200
   Del Mar, CA  92014

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/18/2008      (2) at *(time):* 3:10 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Brookfield Homes, a Delaware corporation

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:               Moses Acovera
   b. Address:            One Legal - 194-Marin
                          504 Redwood Blvd #223
                          Novato, CA  94947
   c. Telephone number:   415-491-0606
   d. The fee for service was:  $ 15.00
   e. I am:
      (3) registered California process server.
         (i)   Employee or independent contractor.
         (ii)  Registration No. 959
         (iii) County SAN DIEGO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  3/19/2008

Moses Acovera
(NAME OF PERSON WHO SERVED PAPERS)                                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658760