POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael Chappell, 238138<br>LAWYERS FOR CLEAN WATER<br>1004 O'Reilly Avenue<br>San Francisco, CA 941291124<br>TELEPHONE NO.: (415) 561-2222<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: San Bruno Mountain Watch | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brookfield Northeast Ridge II, LLC, et al. | CV 08-01366 SBA |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>204 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Certification of Interested Entities or Persons; Order Setting Initial Cas Management Conference and ADR Deadlines; ECF Registration Information Handout; Standing Order for All Judges of the Northern District of California; Judge Armstrong's Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3. a. Party served: Brookfield Northeast Ridge II, LLC, a California limited liability company

   b. Person Served: Elizabeth Zepeda - Person authorized to accept service of process

4. Address where the party was served: 12865 Pointe Del Mar Way Suite 200
   Del Mar, CA 92014

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/18/2008      (2) at (time): 3:10 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:


   Brookfield Northeast Ridge II, LLC, a California limited liability company

   under:      Other:  Limited Liability Company

7. **Person who served papers**
   a. Name:           Moses Acovera
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
                      415-491-0606
   c. Telephone number:
   d. The fee for service was:  $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:959
         (iii) County SAN DIEGO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  3/19/2008

Moses Acovera
(NAME OF PERSON WHO SERVED PAPERS)                                              (SIGNATURE)