POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Michael Chappell, 238138<br>LAWYERS FOR CLEAN WATER<br>1004 O'Reilly Avenue<br>San Francisco, CA 941291124<br>TELEPHONE NO.: (415) 561-2222<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: San Bruno Mountain Watch | CASE NUMBER:<br>CV 08-01366 SBA |
|---|---|
| DEFENDANT/RESPONDENT: Brookfield Northeast Ridge II, LLC, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>204 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Standing Order for All Judges of the Northern District of California; Judge Armstrong's Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3. a. Party served: Brookfield Bay Area Builders Inc., a Delaware corporation

   b. Person Served: Elizabeth Zepeda - Person authorized to accept service of process

4. Address where the party was served: 12865 Pointe Del Mar Way Suite 200
   Del Mar, CA 92014

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/18/2008      (2) at *(time):* 3:10 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Brookfield Bay Area Builders Inc., a Delaware corporation

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Moses Acovera
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 15.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 959
          (iii) County SAN DIEGO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/19/2008

Moses Acovera
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658759