1  Daniel Cooper (Bar No. 153576)
   E-mail: cleanwater@sfo.com
2  Michael Chappell (Bar No. 238138)
   LAWYERS FOR CLEAN WATER, INC.
3  1004 O'Reilly Avenue
4  San Francisco, California 94129
   Telephone: (415) 440-6520
5  Facsimile: (415) 440-4155

6  Brian Gaffney (Bar No. 168778)
7  LAW OFFICES OF BRIAN GAFFNEY
   605 Market Street, Suite 505
8  San Francisco, California 94105
   Telephone: (415) 442-0711
9  Facsimile: (415) 442-0713
   Email: brian@gaffneylegal.com
10

11 Attorneys for Plaintiff
   SAN BRUNO MOUNTAIN WATCH
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>BROOKFIELD NORTHEAST RIDGE II, LLC, a California limited liability company, BROOKFIELD BAY AREA BUILDERS, INC., a Delaware corporation, BROOKFIELD HOMES, a Delaware corporation, and BROOKFIELD HOMES OF CALIFORNIA, INC., a Delaware corporation,<br><br>Defendants. | Civil Case No.: CV-08-1366 SBA<br><br>**PROOF OF SERVICE** |

1  I certify that I am a citizen of the United States. I am over the age of 18 years and not a party to
2  this action. I certify that my work address is 1004 O'Reilly Avenue, San Francisco, CA 94129. I am
3  familiar with this office's normal business practice for collection and processing of correspondence for
4  mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S.
5  Postal Service the same day as the day of collection in the ordinary course of business.
6  On March 21, 2008, I served a true and correct copy of the following document:
7  • **CLERK'S NOTICE OF 3/17/08**
8  on the party to this action as follows:
9  [X] **U.S. POSTAL MAIL** by causing a true copy thereof to be placed in a sealed envelope and
10  deposited in the United States mail with postage prepaid to the addressee set forth below:

Robert J. Uram
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st of March 2008, at San Francisco, California.

Ashley Eagle-Gibbs