1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2 |     Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
3 | ruram@sheppardmullin.com
S. KEITH GARNER, Cal. Bar No. 215503
4 | kgarner@sheppardmullin.com
Four Embarcadero Center, 17th Floor
5 | San Francisco, California 94111-4109
Telephone:  415-434-9100
6 | Facsimile:  415-434-3947

7 | Attorneys for Defendants

8 | BROOKFIELD NORTHEAST RIDGE II LLC,
BROOKFIELD BAY AREA BUILDERS, INC., and
9 | BROOKFIELD HOMES OF CALIFORNIA, INC.

10

11

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

13

14 | SAN BRUNO MOUNTAIN WATCH, a
non-profit corporation,

15 |              Plaintiff,

16 |     v.

17 | BROOKFIELD NORTHEAST RIDGE II
LLC, a California limited liability
18 | company, BROOKFIELD BAY AREA
BUILDERS, INC., a Delaware
19 | corporation, BROOKFIELD HOMES, a
Delaware corporation, and BROOKFIELD
20 | HOMES OF CALIFORNIA, INC., a
Delaware corporation,

21

22 |              Defendants.

Case No. CV 08-01366 SBA

**ANSWER BY DEFENDANTS
BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA
BUILDERS, INC., AND BROOKFIELD
HOMES OF CALIFORNIA, INC.**

The Hon. The Hon. Saundra Brown
Armstrong

[Complaint Filed:  March 10, 2008]

23

24

25

26

27

28

ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC,
BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

1        Defendants Brookfield Northeast Ridge II LLC, Brookfield Bay Area Builders, Inc.,

2   and Brookfield Homes of California, Inc. (collectively, "Brookfield" or "Defendants")

3   answers the Complaint for Declaratory and Injunctive Relief and Civil Penalties

4   ("Complaint") as follows:

5        1.     Responding to the first and fourth sentences in Paragraph 1 of the

6   Complaint, these sentences allege the contents of the Complaint, which speaks for itself.

7   Responding to the second and third sentences in this Paragraph, these sentences contain

8   legal conclusions, requiring no response.  To the extent the allegations contained in this

9   Paragraph require an answer, Brookfield denies those allegations.

10        2.     Responding to Paragraph 2 of the Complaint, this Paragraph contains legal

11   conclusions, requiring no response.  To the extent the allegations contained in this

12   Paragraph require an answer, Brookfield denies those allegations.

13        3.     Responding to Paragraph 3 of the Complaint, Brookfield admits that the

14   existence of Plaintiff's letter ("Notice Letter") dated January 3, 2008, and that more than

15   60 days passed between the date of the Notice Letter and the date on which Plaintiff filed

16   the Complaint.  The content of the Notice Letter speaks for itself.

17        4.     Responding to Paragraph 4 of the Complaint, Brookfield admits that no

18   State or Federal agency has commenced an enforcement action to redress the alleged

19   violations presented in the Complaint.  Except as otherwise stated above, Brookfield

20   denies the allegations in this Paragraph.

21        5.     Responding to the first and third sentences of Paragraph 5 of the Complaint,

22   these sentences contain legal conclusions, requiring no response.  To the extent the

23   allegations contained in those sentences require an answer, Brookfield denies those

24   allegations.  Responding to the second sentence in this Paragraph, Brookfield lacks

25   knowledge and information sufficient to form a belief as to the truth of the allegations

26   contained in this sentence, and on that basis, denies those allegations.

27        6.     Responding to the first sentence in Paragraph 6 of the Complaint, this

28   sentence alleges the contents of the Plaintiff's Complaint, which document speaks for

ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC,
BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

itself and no answer to such allegations is required.  Brookfield admits it has a construction site located at Silverspot Drive, Court B, and Golden Astor Court in Brisbane, California, as part of its Landmark at the Ridge project ("Landmark Project"). Except as otherwise stated above, Brookfield denies the allegations in this sentence. Responding to second sentence in this Paragraph, Brookfield denies the allegations in this sentence.  Responding to Footnote 1 to the second sentence in this Paragraph, the allegations in this Footnote characterize State Board Order No. 99-08-DWQ ("Construction Permit"), which speaks for itself.  Responding to the third sentence in this Paragraph, this sentence alleges the contents of the Complaint, which speaks for itself.

7.     Responding to Paragraph 7 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.  Responding to Footnote 2 to the last sentence in this Paragraph, the allegations in this sentence characterize the "2002 California Section 305(b) Report on Water Quality," which speaks for itself.

8.     Responding to the first and second sentences in Paragraph 8 of the Complaint, the allegations in this Paragraph purports to characterize statements of the U.S. Environmental Protection Agency ("EPA") published in the Federal Register, which statements speak for themselves.  Responding to the third sentence to this Paragraph, this sentence contains legal conclusions, requiring no response.  To the extent the allegations contained in this sentence require an answer, Brookfield denies those allegations.

9.     Responding to the first, third, fourth and sixth sentences in Paragraph 9 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.  Responding to the second sentence in the Paragraph, the allegations in this sentence purport to characterize the Construction Permit, which speaks for itself. Responding to the fifth sentence in the Paragraph, the allegations in this sentence purport to characterize statements of the EPA published in the Federal Register, which statements speak for themselves.

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

10.     Responding to Paragraph 10 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

11.     Responding to Paragraph 11 of the Complaint, Brookfield denies each and every allegation contained in this Paragraph.

12.     Responding to Paragraph 12 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

13.     Responding to Paragraph 13 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

14.     Responding to Paragraph 14 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations concerning Plaintiff's members, the location of their residences, and their use of the area's waterways, and on that basis, denies those allegations.  Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

15.     Responding to Paragraph 15 of the Complaint, Brookfield denies each and every allegation contained in this Paragraph.

16.     Responding to Paragraph 16 of the Complaint, Brookfield admits that the defendants named in the Complaint include corporations and a limited liability company. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

17.     Responding to Paragraph 17 of the Complaint, Brookfield admits that Brookfield Northeast Ridge LLC is the owner of the real property where the Landmark at the Ridge construction site is located and that Brookfield Bay Area Builders, Inc. is the general contractor for the development of the Landmark Project.  Brookfield denies that Brookfield Homes and Brookfield Homes of California, Inc., have any association with,

role in, or responsibility for the development of the Landmark Project.  Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

18.    Responding to Paragraph 18 of the Complaint, Brookfield admits that the California Secretary of State website lists Brookfield Bay Area Builders, Inc., as a Delaware corporation and Brookfield Northeast Ridge II LLC as a California limited liability company, and that Elizabeth Zepeda is the registered agent for both Brookfield Bay Area Builders, Inc., and Brookfield Northeast Ridge II LLC.  Brookfield affirmatively asserts that Brookfield Homes is a marketing name and does not exist as a corporate entity.  Brookfield further affirmatively asserts that Brookfield Homes of California, Inc., has no association with, role in, or responsibility for the development of the Landmark Project.  Except as otherwise stated above, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

19.    Responding to Paragraph 19 of the Complaint, the allegations in this Paragraph characterize provisions of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, which speaks for itself.

20.    Responding to Paragraph 20 of the Complaint, the allegations in this Paragraph characterize provisions of the Clean Water Act, which speaks for itself.

21.    Responding to Paragraph 21 of the Complaint, the allegations in this Paragraph characterize provisions of the Clean Water Act, which speaks for itself.

22.    Responding to Paragraph 22 of the Complaint, the allegations in this Paragraph characterize provisions of the Clean Water Act, which speaks for itself.

23.    Responding to the first sentence in Paragraph 23 of the Complaint, Brookfield admits the allegations contained in this sentence.  Responding to second and third sentences in this Paragraph, the allegations in these sentences characterize provisions of the Clean Water Act, which speaks for itself.

-4-

24. Responding to Paragraph 24 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

25. Responding to Paragraph 25, the allegations in this Paragraph characterize provisions of the Clean Water Act, which speaks for itself.

26. Responding to Paragraph 26 of the Complaint, the allegations in this Paragraph characterize provisions of the regulations implementing the Clean Water Act and the Construction Permit, which speaks for themselves.

27. Responding to Paragraph 27 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

28. Responding to Paragraph 28 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

29. Responding to Paragraph 29 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

30. Responding to Paragraph 30 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

31. Responding to Paragraph 31 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

32. Responding to Paragraph 32 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

33. Responding to Paragraph 33 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

34. Responding to Paragraph 34 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

35. Responding to Paragraph 35 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

36. Responding to Paragraph 36 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

37.    Responding to Paragraph 37 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

38.    Responding to Paragraph 38 of the Complaint, the allegations in this Paragraph characterize provisions of the Construction Permit, which speaks for itself.

39.    Responding to Paragraph 39 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

40.    Responding to Paragraph 40 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

41.    Responding to Paragraph 41 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

42.    Responding to Paragraph 42 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

43.    Responding to Paragraph 43 of the Complaint, Brookfield denies that activities at the Landmark Project have caused numerous sources of pollutants to become exposed to storm water flows.  Except as otherwise stated above, Brookfield lacks sufficient knowledge of Plaintiff's observations to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

44.    Responding to the first sentence in Paragraph 44 of the Complaint, Brookfield denies that it has failed to implement and/or maintain measures to control erosion at the Landmark Project.  Except as otherwise stated above, Brookfield lacks sufficient knowledge of Plaintiff's observations to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second and third sentences in this Paragraph, Brookfield denies each and every allegation in these sentences.

45.    Responding to the first sentence in Paragraph 45 of the Complaint, Brookfield denies each and every allegation in this sentence.  Responding to the second sentence in this Paragraph, Brookfield lacks knowledge and information sufficient to

W02-WEST:FKG\400772730.1

1  form a belief as to the truth of the allegations contained in this sentence, and on that basis,

2  denies those allegations.

3      46.    Responding to Paragraph 46 of the Complaint, Brookfield lacks knowledge

4  and information sufficient to form a belief as to the truth of the allegations contained in

5  this Paragraph, and on that basis, denies those allegations.  Responding to Footnote 3 in

6  this Paragraph, Brookfield admits that TSS stands for Total Suspended Solids but denies

7  each and every other allegation in this sentence.  Responding to Footnote 4 in this

8  Paragraph, the allegations in this Paragraph characterize provisions of the Federal Storm

9  Water Multi-Sector Permit, which speaks for itself.

10      47.    Responding to Paragraph 47 of the Complaint, Brookfield lacks knowledge

11  and information sufficient to form a belief as to the truth of the allegations contained in

12  this Paragraph, and on that basis, denies those allegations.

13      48.    Responding to Paragraph 48 of the Complaint, Brookfield denies each and

14  every allegation in this Paragraph.

15      49.    Responding to Paragraph 49 of the Complaint, Brookfield denies each and

16  every allegation in this Paragraph.

17      50.    Responding to the first sentence in Paragraph 50 of the Complaint,

18  Brookfield denies that it has failed to take adequate steps to filter sediment and other

19  pollutants from storm water discharges and that such contaminated runoff is discharged

20  from the Landmark Project.  Except as otherwise stated above, Brookfield lacks sufficient

21  knowledge of the information available to Plaintiff to form a belief as to the truth of the

22  allegations contained in this sentence, and on that basis, denies those allegations.

23  Responding to the second and third sentences in this Paragraph, Brookfield denies each

24  and every allegation in these sentences.

25      51.    Responding to Paragraph 51 of the Complaint, Brookfield denies each and

26  every allegation in this Paragraph.

27      52.    Responding to the first sentence in Paragraph 52 of the Complaint,

28  Brookfield denies that it has failed to develop, implement, and/or revise an adequate

-7-

Storm Water Pollution Prevention Plan for the Landmark Project. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second and third sentences in this Paragraph, Brookfield denies each and every allegation in these sentences.

53.    Responding to the first sentence in Paragraph 53 of the Complaint, Brookfield denies that it has failed to develop, implement, and/or revise an adequate Monitoring and Reporting Program for the Landmark Project. Except as otherwise stated above, Brookfield lacks knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence.

54.    Responding to Paragraph 54 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

55.    Responding to Paragraph 55 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

56.    Responding to Paragraph 56 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

57.    Responding to the first, second, and third sentences in Paragraph 57 of the Complaint, the allegations in these sentence characterize provisions of the San Francisco Regional Board's Water Quality Control Plan ("Basin Plan"), which speaks for itself. Responding to the fourth sentence of this Paragraph, Brookfield denies each and every allegation in this sentence.

58.    Responding to Paragraph 58 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 57, inclusive, and incorporates them herein by reference.

59.    Responding to Paragraph 59 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

60.     Responding to Paragraph 60 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

61.     Responding to Paragraph 61 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

62.     Responding to Paragraph 62 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

63.     Responding to Paragraph 63 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

64.     Responding to Paragraph 64 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

65.     Responding to Paragraph 65 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

66.     Responding to the first sentence of Paragraph 66 of the Complaint, the allegations in these sentence characterize provisions of the Clean Water Act, which speaks for itself.  Responding to the second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence.

67.     Responding to Paragraph 67 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

68.     Responding to Paragraph 68 of the Complaint, the allegations in this Paragraph characterize the relief sought by Plaintiff in this Complaint, which speaks for itself.

69.     Responding to Paragraph 69 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 68, inclusive, and incorporates them herein by reference.

70.     Responding to Paragraph 70 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

71.     Responding to Paragraph 71 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

72.    Responding to Paragraph 72 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

73.    Responding to Paragraph 73 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

74.    Responding to the first sentence of Paragraph 74 of the Complaint, the allegations in these sentence characterize provisions of the Clean Water Act, which speaks for itself.  Responding to the second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence.

75.    Responding to Paragraph 75 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

76.    Responding to Paragraph 76 of the Complaint, the allegations in this Paragraph characterize the relief sought by Plaintiff in this Complaint, which speaks for itself.

77.    Responding to Paragraph 77 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 76, inclusive, and incorporates them herein by reference.

78.    Responding to Paragraph 78 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

79.    Responding to Paragraph 79 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

80.    Responding to Paragraph 80 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

81.    Responding to Paragraph 81 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

82.    Responding to the first sentence of Paragraph 82 of the Complaint, the allegations in these sentence characterize provisions of the Clean Water Act, which speaks for itself.  Responding to the second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence.

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

1    83.    Responding to Paragraph 83 of the Complaint, Brookfield denies each and

2  every allegation in this Paragraph.

3    84.    Responding to Paragraph 84 of the Complaint, the allegations in this

4  Paragraph characterize the relief sought by Plaintiff in this Complaint, which speaks for

5  itself.

6    85.    Responding to the relief requested in Paragraph 85 of the Complaint,

7  Brookfield denies each and every allegation contained therein and further denies that

8  Plaintiff is entitled to the relief requested or any relief whatsoever.

9

10    Except as otherwise expressly admitted herein, Brookfield denies each and every

11  allegation in the Complaint.

12

13    **AFFIRMATIVE DEFENSES**

14    **FIRST AFFIRMATIVE DEFENSE**

15    **(Lack of Standing)**

16  Plaintiff lacks standing to bring its claims.

17    **SECOND AFFIRMATIVE DEFENSE**

18    **(Failure to State a Claim)**

19    The Complaint, and each cause of action and claim presented therein, fails to state a

20  claim upon which relief can be granted.

21    **THIRD AFFIRMATIVE DEFENSE**

22    **(Failure to Exhaust Administrative Remedies)**

23    The causes of action and claims asserted in the Complaint are barred by Plaintiff's

24  failure to exhaust administrative remedies prior to initiating this litigation.

25

26

27

28

-11-

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff has unreasonably delayed the commencement of this action to the prejudice of Brookfield, whereby the Complaint, and each cause of action presented therein, is barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Ripeness)

Some or all of Plaintiff's causes of action are not ripe for or subject to judicial review.

## SIXTH AFFIRMATIVE DEFENSE

### (Mootness)

Some or all of Plaintiff's causes of action are moot and not subject to judicial review.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction)

Some or all of Plaintiff's causes of action fail for lack of subject matter jurisdiction.

## EIGHTH AFFIRMATIVE DEFENSE

### (Improperly Named Defendants)

Brookfield Homes is a marketing entity and does not exist as a corporate entity. Brookfield Homes of California, Inc., has no association with, role in, or responsibility for the development of the Landmark at the Ridge construction site. These parties should be dismissed from the lawsuit.

**WHEREFORE**, Brookfield prays for judgment as follows:

1.     The Complaint be dismissed with prejudice;

2.     That Plaintiff take nothing by reason of this proceeding;

3.     That Brookfield otherwise recovers its costs, disbursements, expenses, and attorney's fees in this proceeding; and

-12-

ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE
II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND
BROOKFIELD HOMES OF CALIFORNIA, INC.

1       4.     That the Court award Brookfield such other relief as it deems just and

2  proper.

3

4

5  Dated:  April 7, 2008

6                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

7

8                       By              /s/ S. Keith Garner

9                               S. KEITH GARNER

10                             Attorneys for Defendants

11              Brookfield Northeast Ridge II LLC, Brookfield
Bay Area Builders, Inc., and Brookfield Homes of

12                             California, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28