SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
ROBERT J. URAM, Cal. Bar No. 122956
ruram@sheppardmullin.com
S. KEITH GARNER, Cal. Bar No. 215503
kgarner@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendants

BROOKFIELD NORTHEAST RIDGE II LLC,
BROOKFIELD BAY AREA BUILDERS, INC., and
BROOKFIELD HOMES OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKFIELD NORTHEAST RIDGE II LLC, a California limited liability company, BROOKFIELD BAY AREA BUILDERS, INC., a Delaware corporation, BROOKFIELD HOMES, a Delaware corporation, and BROOKFIELD HOMES OF CALIFORNIA, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 08-01366 SBA<br><br>**FIRST AMENDED ANSWER BY DEFENDANTS BROOKFIELD NORTHEAST RIDGE II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND BROOKFIELD HOMES OF CALIFORNIA, INC.**<br><br>The Hon. The Hon. Saundra Brown Armstrong<br><br>[Complaint Filed: March 10, 2008] |

W02-WEST:FKG\400772730.2

FIRST AMENDED ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND BROOKFIELD HOMES OF CALIFORNIA, INC.

Defendants Brookfield Northeast Ridge II LLC, Brookfield Bay Area Builders, Inc., and Brookfield Homes of California, Inc. (collectively, "Brookfield" or "Defendants") answers the Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") as follows:

1. Responding to the first and fourth sentences in Paragraph 1 of the Complaint, Brookfield admits that Plaintiff brings this action under the citizen suit enforcement provisions of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, and that Plaintiff seeks injunctive and declaratory relief. Except as otherwise stated above, Brookfield denies the allegations in these sentences. Responding to the second and third sentences in this Paragraph, Brookfield admits the allegations in these sentences.

2. Responding to Paragraph 2 of the Complaint, Brookfield admits venue is appropriate in the Northern District of California, but denies that Brookfield committed any culpable acts or omissions.

3. Responding to Paragraph 3 of the Complaint, Brookfield admits that the existence of Plaintiff's letter ("Notice Letter") dated January 3, 2008, and that more than 60 days passed between the date of the Notice Letter and the date on which Plaintiff filed the Complaint. Except as otherwise stated above, Brookfield denies the remaining allegations in this Paragraph for lack of sufficient information or belief to enable an answer to be made.

4. Responding to Paragraph 4 of the Complaint, Brookfield admits that no State or Federal agency has commenced an enforcement action to redress the alleged violations presented in the Complaint. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

5. Responding to the first and third sentences of Paragraph 5 of the Complaint, Brookfield admits that that the events or omissions at issue in the Complaint allegedly occurred in San Mateo County. Except as otherwise stated above, Brookfield denies the allegations in these sentences. Responding to the second sentence in this Paragraph,

Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations.

6. Responding to the first sentence in Paragraph 6 of the Complaint, Brookfield admits the Complaint seeks the relief stated in this Paragraph and that Brookfield has a construction site located at Silverspot Drive, Court B, and Golden Astor Court in Brisbane, California, as part of its Landmark at the Ridge project ("Landmark Project"). Except as otherwise stated above, Brookfield denies the allegations in this sentence. Responding to second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence. Responding to Footnote 1 to the second sentence in this Paragraph, Brookfield admits that State Board Order No. 99-08-DWQ is the State of California's Construction Permit for Discharges of Storm Water Associated with Construction Activities ("Construction Permit") and denies the other allegations in this Footnote. Responding to the third sentence in this Paragraph, Brookfield admits Plaintiff seeks the relief stated in this sentence, but Brookfield denies it committed any culpable acts or omissions as alleged in this sentence and otherwise denies any remaining allegations in this sentence.

7. Responding to Paragraph 7 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

8. Responding to the first and second sentences in Paragraph 8 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in these sentences, and on that basis, denies those allegations. Responding to the third sentence to this Paragraph, Brookfield admits that construction sites have the potential to affect water quality. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

9. Responding to the first, third, fourth, fifth, and sixth sentences in Paragraph 9 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in these sentences, and on that

-2-

W02-WEST:FKG\400772730.2

FIRST AMENDED ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND BROOKFIELD HOMES OF CALIFORNIA, INC.

basis, denies those allegations. Responding to the second sentence in the Paragraph, Brookfield admits the allegations in this sentence.

10. Responding to Paragraph 10 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

11. Responding to Paragraph 11 of the Complaint, Brookfield denies each and every allegation contained in this Paragraph.

12. Responding to Paragraph 12 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

13. Responding to Paragraph 13 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

14. Responding to Paragraph 14 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations concerning Plaintiff's members, the location of their residences, and their use of the area's waterways, and on that basis, denies those allegations. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

15. Responding to Paragraph 15 of the Complaint, Brookfield denies each and every allegation contained in this Paragraph.

16. Responding to Paragraph 16 of the Complaint, Brookfield admits that the defendants named in the Complaint include corporations and a limited liability company. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

17. Responding to Paragraph 17 of the Complaint, Brookfield admits that Brookfield Northeast Ridge LLC is the owner of the real property where the Landmark at the Ridge construction site is located and that Brookfield Bay Area Builders, Inc. is the

general contractor for the development of the Landmark Project. Brookfield denies that Brookfield Homes and Brookfield Homes of California, Inc., have any association with, role in, or responsibility for the development of the Landmark Project. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

18. Responding to Paragraph 18 of the Complaint, Brookfield admits that the California Secretary of State website lists Brookfield Bay Area Builders, Inc., as a Delaware corporation and Brookfield Northeast Ridge II LLC as a California limited liability company, and that Elizabeth Zepeda is the registered agent for both Brookfield Bay Area Builders, Inc., and Brookfield Northeast Ridge II LLC. Brookfield affirmatively asserts that Brookfield Homes is a marketing name and does not exist as a corporate entity. Brookfield further affirmatively asserts that Brookfield Homes of California, Inc., has no association with, role in, or responsibility for the development of the Landmark Project. Except as otherwise stated above, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

19. Responding to Paragraph 19 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

20. Responding to Paragraph 20 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

21. Responding to the first sentence of Paragraph 21 of the Complaint, Brookfield admits the allegations of this sentence. Responding to the second sentence of this Paragraph, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this sentence. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

22. Responding to Paragraph 22 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

23. Responding to Paragraph 23 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

24. Responding to Paragraph 24 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

25. Responding to Paragraph 25 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

26. Responding to Paragraph 26 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

-5-

W02-WEST:FKG\400772730.2

FIRST AMENDED ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND BROOKFIELD HOMES OF CALIFORNIA, INC.

27. Responding to Paragraph 27 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

28. Responding to Paragraph 28 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

29. Responding to Paragraph 29 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

30. Responding to Paragraph 30 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

31. Responding to Paragraph 31 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

32. Responding to Paragraph 32 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are

inconsistent with the language of the statute, regulatory provision, or any other applicable law.

33. Responding to Paragraph 33 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

34. Responding to Paragraph 34 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

35. Responding to Paragraph 35 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

36. Responding to Paragraph 36 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

37. Responding to Paragraph 37 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

38. Responding to Paragraph 38 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law.

39. Responding to Paragraph 39 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

40. Responding to Paragraph 40 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

41. Responding to Paragraph 41 of the Complaint, Brookfield admits the allegations contained in this Paragraph.

42. Responding to Paragraph 42 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

43. Responding to Paragraph 43 of the Complaint, Brookfield denies that activities at the Landmark Project have caused numerous sources of pollutants to become exposed to storm water flows. Except as otherwise stated above, Brookfield lacks sufficient knowledge of Plaintiff's observations to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

44. Responding to the first sentence in Paragraph 44 of the Complaint, Brookfield denies that it has failed to implement and/or maintain measures to control erosion at the Landmark Project. Except as otherwise stated above, Brookfield lacks sufficient knowledge of Plaintiff's observations to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second and third sentences in this Paragraph, Brookfield denies each and every allegation in these sentences.

45. Responding to the first sentence in Paragraph 45 of the Complaint, Brookfield denies each and every allegation in this sentence. Responding to the second sentence in this Paragraph, Brookfield lacks knowledge and information sufficient to

form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations.

46. Responding to Paragraph 46 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations. Responding to Footnote 3 in this Paragraph, Brookfield admits that TSS stands for Total Suspended Solids but denies each and every other allegation in this sentence. Responding to Footnote 4 in this Paragraph, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

47. Responding to Paragraph 47 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and on that basis, denies those allegations.

48. Responding to Paragraph 48 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

49. Responding to Paragraph 49 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

50. Responding to the first sentence in Paragraph 50 of the Complaint, Brookfield denies that it has failed to take adequate steps to filter sediment and other pollutants from storm water discharges and that such contaminated runoff is discharged from the Landmark Project. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second and third sentences in this Paragraph, Brookfield denies each and every allegation in these sentences.

51. Responding to Paragraph 51 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

52. Responding to the first sentence in Paragraph 52 of the Complaint, Brookfield denies that it has failed to develop, implement, and/or revise an adequate Storm Water Pollution Prevention Plan for the Landmark Project. Except as otherwise stated above, Brookfield lacks sufficient knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second and third sentences in this Paragraph, Brookfield denies each and every allegation in these sentences.

53. Responding to the first sentence in Paragraph 53 of the Complaint, Brookfield denies that it has failed to develop, implement, and/or revise an adequate Monitoring and Reporting Program for the Landmark Project. Except as otherwise stated above, Brookfield lacks knowledge of the information available to Plaintiff to form a belief as to the truth of the allegations contained in this sentence, and on that basis, denies those allegations. Responding to the second sentence in this Paragraph, Brookfield denies each and every allegation in this sentence.

54. Responding to Paragraph 54 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

55. Responding to Paragraph 55 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

56. Responding to Paragraph 56 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

57. Responding to the first, second, and third sentences in Paragraph 57 of the Complaint, Brookfield lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in these sentences, and on that basis, denies those allegations. Responding to the fourth sentence of this Paragraph, Brookfield denies each and every allegation in this sentence.

58. Responding to Paragraph 58 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 57, inclusive, and incorporates them herein by reference.

-10-

W02-WEST:FKG\400772730.2

FIRST AMENDED ANSWER BY BROOKFIELD NORTHEAST RIDGE II LLC, BROOKFIELD BAY AREA BUILDERS, INC., AND BROOKFIELD HOMES OF CALIFORNIA, INC.

59. Responding to Paragraph 59 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

60. Responding to Paragraph 60 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

61. Responding to Paragraph 61 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

62. Responding to Paragraph 62 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

63. Responding to Paragraph 63 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

64. Responding to Paragraph 64 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph.

65. Responding to Paragraph 65 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph.

66. Responding to the first sentence of Paragraph 66 of the Complaint, Brookfield admits the allegations of this sentence. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

67. Responding to Paragraph 67 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

68. Responding to Paragraph 68 of the Complaint, Brookfield admits Plaintiff prays for the relief set forth in the Complaint.

69. Responding to Paragraph 69 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 68, inclusive, and incorporates them herein by reference.

70. Responding to Paragraph 70 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

71. Responding to Paragraph 71 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

72. Responding to Paragraph 72 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph..

73. Responding to Paragraph 73 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph.

74. Responding to the first sentence of Paragraph 74 of the Complaint, Brookfield admits the allegations of this sentence. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

75. Responding to Paragraph 75 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

76. Responding to Paragraph 76 of the Complaint, Brookfield admits Plaintiff prays for the relief set forth in the Complaint.

77. Responding to Paragraph 77 of the Complaint, Brookfield restates its answers to Paragraphs 1 through 76, inclusive, and incorporates them herein by reference.

78. Responding to Paragraph 78 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

79. Responding to Paragraph 79 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

80. Responding to Paragraph 80 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph.

81. Responding to Paragraph 81 of the Complaint, Brookfield admits that Plaintiff purports to characterize the statutory and/or regulatory provisions set forth in this Paragraph. Brookfield denies the accuracy of such characterizations to the extent they are inconsistent with the language of the statute, regulatory provision, or any other applicable law. Brookfield denies it committed any culpable acts or omissions as alleged in this Paragraph and denies any remaining allegations in this Paragraph.

82. Responding to the first sentence of Paragraph 82 of the Complaint, Brookfield admits the allegations of this sentence. Except as otherwise stated above, Brookfield denies the allegations in this Paragraph.

83. Responding to Paragraph 83 of the Complaint, Brookfield denies each and every allegation in this Paragraph.

84. Responding to Paragraph 84 of the Complaint, Brookfield admits Plaintiff prays for the relief set forth in the Complaint.

85. Responding to the relief requested in Paragraph 85 of the Complaint, Brookfield denies each and every allegation contained therein and further denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

Except as otherwise expressly admitted herein, Brookfield denies each and every allegation in the Complaint.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Plaintiff lacks standing to bring its claims.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint, and each cause of action and claim presented therein, fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to Exhaust Administrative Remedies)**

The causes of action and claims asserted in the Complaint are barred by Plaintiff's failure to exhaust administrative remedies prior to initiating this litigation.

**FOURTH AFFIRMATIVE DEFENSE**

**(Laches)**

Plaintiff has unreasonably delayed the commencement of this action to the prejudice of Brookfield, whereby the Complaint, and each cause of action presented therein, is barred by the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

**(Ripeness)**

Some or all of Plaintiff's causes of action are not ripe for or subject to judicial review.

**SIXTH AFFIRMATIVE DEFENSE**

**(Mootness)**

Some or all of Plaintiff's causes of action are moot and not subject to judicial review.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Lack of Subject Matter Jurisdiction)**

Some or all of Plaintiff's causes of action fail for lack of subject matter jurisdiction.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Improperly Named Defendants)**

Brookfield Homes is a marketing entity and does not exist as a corporate entity. Brookfield Homes of California, Inc., has no association with, role in, or responsibility for the development of the Landmark Project. These parties should be dismissed from the lawsuit.

**WHEREFORE**, Brookfield prays for judgment as follows:

1. The Complaint be dismissed with prejudice;
2. That Plaintiff take nothing by reason of this proceeding;
3. That Brookfield otherwise recovers its costs, disbursements, expenses, and attorney's fees in this proceeding; and
4. That the Court award Brookfield such other relief as it deems just and proper.

Dated: April 28, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ S. Keith Garner
       S. KEITH GARNER

Attorneys for Defendants
Brookfield Northeast Ridge II LLC, Brookfield Bay Area Builders, Inc., and Brookfield Homes of California, Inc.