SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
ROBERT J. URAM, Cal. Bar No. 122956
ruram@sheppardmullin.com
S. KEITH GARNER, Cal. Bar No. 215503
kgarner@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendants

BROOKFIELD NORTHEAST RIDGE II LLC,
BROOKFIELD BAY AREA BUILDERS INC., AND
BROOKFIELD HOMES OF CALIFORNIA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, a non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>BROOKFIELD NORTHEAST RIDGE II LLC, a California limited liability company, BROOKFIELD BAY AREA BUILDERS INC., a Delaware Corporation, and BROOKFIELD HOMES OF CALIFORNIA INC., a Delaware corporation,<br><br>            Defendants. | Case No. CV 08-01366 SBA<br><br>**Certification of Interested Entities or Persons (Civ. L.R. 3-16)**<br><br>The Hon. Saundra Brown Armstrong<br><br>[Complaint Filed: March 10, 2008] |

Pursuant to Civil L.R. 3-16, the undersigned certifies for Defendants Brookfield Northeast Ridge II LLC and Brookfield Bay Area Builders Inc. that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Brookfield Homes Corporation

Brookfield Bay Area Holdings LLC

John J. Ryan, Jr., Trustee of the Ryan Family Trust

Defendants have asked plaintiff to dismiss Brookfield Homes of California Inc., and Brookfield Homes. Brookfield Homes is a marketing name and does not exist as a corporate entity. Brookfield Homes of California Inc. has no association with, role in, or responsibility for the development of the project that is at issue in this case.

Dated:  May 23, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ S. Keith Garner
    ─────────────────────────
    S. KEITH GARNER

Attorneys for Defendants
Brookfield Northeast Ridge II LLC, Brookfield Bay Area Builders Inc., and Brookfield Homes of California Inc.