1  Daniel Cooper (Bar No. 153576)
   E-mail:  cleanwater@sfo.com
2  Michael Chappell (Bar No. 238138)
   LAWYERS FOR CLEAN WATER, INC.
3  1004 O'Reilly Avenue
   San Francisco, California 94129
4  Telephone: (415) 440-6520
   Facsimile: (415) 440-4155
5

6  Brian Gaffney (Bar No. 168778)
   LAW OFFICES OF BRIAN GAFFNEY
7  605 Market Street, Suite 505
   San Francisco, California 94105
8  Telephone: (415) 442-0711
   Facsimile: (415) 442-0713
9  Email: brian@gaffneylegal.com
10

11 Attorneys for Plaintiff
   SAN BRUNO MOUNTAIN WATCH
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

| 15 | SAN BRUNO MOUNTAIN WATCH, a non-profit corporation, | Civil Case No.: CV-08-1366 SBA |
|----|----|----|
| 16 | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; (proposed) ORDER** |
| 17 | Plaintiff, v. | |
| 18 | BROOKFIELD NORTHEAST RIDGE II, LLC, a California limited liability company, BROOKFIELD BAY AREA BUILDERS, INC., a Delaware corporation, BROOKFIELD HOMES, a Delaware corporation, and BROOKFIELD HOMES OF CALIFORNIA, INC., a Delaware corporation, | Date: July 16, 2008 Time: 3:45 p.m. Location: Oakland Federal Court, Courtroom 3, 3rd Floor Judge: Honorable Saundra B. Armstrong |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

23

24

25

26

27

28

---

Stipulation to Continue Case Management Conference        1              Case No. CV-08-1366 SBA

1    WHEREAS, the Court ordered a telephonic Case Management Conference in this matter for 18

2    June 2008 at 2:45;

3    WHEREAS, the Plaintiff arranged for the conference call to facilitate the Case Management

4    Conference;

5    WHEREAS, the telephonic conferencing system for the scheduled Case Management

6    Conference did not function correctly;

7    WHEREAS, the case management conference could not be conducted without all the Parties

8    appearing;

9

10    NOW THEREFORE, the Parties hereby stipulate that the case management conference be

11    continued until July 16, 2008 at 3:45 pm, with Plaintiffs arranging for the conference line, and calling

12    into Chambers at 510-637-3559.

13

14                                             RESPECTFULLY SUBMITTED,

15    Dated:      June    , 2008              LAWYERS FOR CLEAN WATER

16

17                                             By: /s/ Daniel Cooper

18                                                     Daniel Cooper
                                                    Attorneys for Plaintiff
19                                                  San Bruno Mountain Watch

20

21    Dated:      June ___, 2008             LAW OFFICES OF BRIAN GAFFNEY

22

23                                             By: /s/ Brian Gaffney

24                                                     Brian Gaffney
                                                    Attorney for Plaintiff
                                                   San Bruno Mountain Watch
25

26

27

28

Stipulation to Continue Case Management Conference          2          Case No. CV-08-1366 SBA

1  Dated:    June 19, 2008                SHEPPARD, MULLIN, RICHTER, &
2                                          HAMPTON, LLP

3                                          By: _S. Keith Garner_____
4                                                     Keith Garner
                                              Attorneys for Defendants
5                                          Brookfield Northeast Ridge II LLC,
                                           Brookfield Bay Area Builders Inc., and
6                                          Brookfield Homes of California Inc.

7

8
          Good cause appearing, and based on the stipulation of the parties,
9
          IT IS HEREBY ORDERED that the Case Management Conference be continued until July 16,
10
    2008 at 3:45 pm.
11

12
    **IT IS SO ORDERED.**
13

14
    Date: June __, 2008                    _____
15
                                           The Honorable Judge Saundra B. Armstrong
16
                                           U.S. District Court of the Northern District
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Case Management Conference        3        Case No. CV-08-1366 SBA