**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SAN BRUNO MOUNTAIN WATCH, a non-profit corporation,

        Plaintiff,

v.

BROOKFIELD NORTHEAST RIDGE II, LLC, a California limited liability company, *et al.*,

        Defendants.

No. C 08-1366 SBA

**ORDER**

[Docket No. 18]

Pursuant to the parties' stipulation [Docket No 18], the Case Management Conference scheduled for June 18, 2008 at 3:00 p.m., see Docket No. 3, shall be CONTINUED to July 16, 2008 at 3:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

July 1, 2008

                                        Saundra Brown Armstrong
                                        United States District Judge