Daniel Cooper (Bar No. 153576)
E-mail: cleanwater@sfo.com
Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Brian Gaffney (Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, California 94105
Telephone: (415) 442-0711
Facsimile: (415) 442-0713
Email: brian@gaffneylegal.com

Attorneys for Plaintiff
SAN BRUNO MOUNTAIN WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN BRUNO MOUNTAIN WATCH, a non-profit corporation,<br><br>        Plaintiff,<br>    v.<br><br>BROOKFIELD NORTHEAST RIDGE II, LLC, a California limited liability company, BROOKFIELD BAY AREA BUILDERS, INC., a Delaware corporation, BROOKFIELD HOMES, a Delaware corporation, and BROOKFIELD HOMES OF CALIFORNIA, INC., a Delaware corporation,<br><br>        Defendants. | Civil Case No.: CV-08-1366 SBA<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     September 10, 2008<br>Time:    3:45 p.m.<br>Location: Telephonic Conference<br>Judge:   Honorable Saundra B. Armstrong |

1  The parties in the above-entitled action submit this update to the Joint Case Management
2  Statement filed by the parties on July 8, 2008 ("Joint Statement") (ECF Document #20) in advance of
3  the Case Management Conference to be held on September 10, 2008.  The parties refer the Court to the
4  Joint Statement for the information required by the Court's Standing Order For All Judges Of The
5  Northern District of California.  All the information in the Joint Statement is up to date and accurate,
6  except that since filing the Joint Statement Plaintiff has served a set of 12 interrogatories on Defendant
7  Brookfield Bay Area Builders, Inc.

8

9  Dated:  August 29, 2008                    LAWYERS FOR CLEAN WATER, INC.

10

11                                                        /s/ Drevet Hunt
                                                   By:  _____
12                                                      Drevet Hunt
                                                        Attorneys for Plaintiffs
13                                                      San Bruno Mountain Watch

14

15  Dated:  August 29, 2008                    SHEPPARD, MULLIN, RICHTER, & HAMPTON, LLP

16
                                                          /s/ Keith Garner
17                                                 By:  _____
                                                        Keith Garner
18                                                      Attorneys for Defendants
                                                        Brookfield Northeast Ridge II LLC, Brookfield Bay
19                                                      Area Builders Inc., and Brookfield Homes of
                                                        California Inc.
20

21
      I, Drevet Hunt, attest that the content of this document is acceptable to all persons required to
22  sign this document.

23

24  Dated:  August 29, 2008                    LAWYERS FOR CLEAN WATER, INC.

25
                                                          /s/ Drevet Hunt
26                                                 By:  _____
                                                        Drevet Hunt
27                                                      Attorneys for Plaintiffs
                                                        San Bruno Mountain Watch
28

Joint Case Management Statement                    -1-                    Civil Case No.: CV-08-1366 SBA